1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       FAX: (415) 436-7234
        andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO.: 3-20-70996 MAG
                                         )
14 |        Plaintiff,                   ) MOTION FOR SEALING ORDER
                                         )
15 |    v.                               ) ███████
                                         )
16 | MASON JOHN SHEPPARD,                )
                                         )
17 |        Defendant.                   )
                                         )
18 |                                     )

19
        The United States, by and through its counsel Assistant United States Attorney Andrew F.
20
   Dawson, hereby moves this Court for an order sealing the government's application for a sealing order,
21
   the sealing order, the application and affidavit for a criminal complaint, the complaint, and all
22
   related documents in the above-referenced investigation. Disclosure of the specified documents might
23
   //
24
   //
25
   //
26
   //
27
   //
28

1  jeopardize the progress of this ongoing investigation and prompt the defendant to flee or destroy
2  evidence.
3  DATED: July 22, 2020                                   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ANDREW F. DAWSON
Assistant United States Attorney