DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

FILED
Jul 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3-20-70996 MAG |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | **UNDER SEAL** |
| MASON JOHN SHEPPARD, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the application for a sealing order, the sealing order, the application and affidavit for a criminal complaint, the complaint, and all related documents in the above-captioned matter shall be filed under seal until further order of the court.

IT IS SO ORDERED.

DATED: July 22, 2020

                                        HON. ALEX G. TSE
                                        United States Magistrate Judge