FILED

Jul 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1 DAVID L. ANDERSON (CABN 149604)
  United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
  Chief, Criminal Division

4 ANDREW F. DAWSON (CABN 264421)
  Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

7   Telephone: (415) 436-7019
    FAX: (415) 436-7234

8   andrew.dawson@usdoj.gov

9 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3-20-70996 MAG |
| Plaintiff, | MOTION TO MODIFY SEALING ORDER |
| v. | ▓▓▓▓▓▓ |
| MASON JOHN SHEPPARD, | |
| Defendant. | |

The United States moves to modify the Court's previously entered Order sealing the complaint and arrest warrant in this matter. (The complaint, arrest warrant, and previous sealing order are attached as Exhibit A to this motion.) Specifically, the United States requests that the Order be modified to permit sharing the relevant documents with domestic and international law enforcement in order to effectuate the arrest of the defendant and to further extradition proceedings. While it will be necessary for law enforcement officials to disclose the existence of the indictment and arrest warrant to foreign and domestic law enforcement officials as part of the extradition and investigative processes, public disclosure of such information could jeopardize the investigation, trigger the flight of the defendant

//

MOTION TO MODIFY SEALING ORDER        1                                v. 2/22/2020

1   and/or his co-conspirators, and result in the destruction of evidence.

3   DATED: July 23, 2020                    Respectfully submitted,

4                                            DAVID L. ANDERSON
                                             United States Attorney

6                                            /s/
7                                            ANDREW F. DAWSON
                                             Assistant United States Attorney