| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ANDREW F. DAWSON (CABN 264421)<br>Assistant United States Attorney |

**FILED**

Jul 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019
FAX: (415) 436-7234
andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 3-20-70996 MAG |
|---|---|
| Plaintiff, | ) MODIFIED SEALING ORDER ▮ |
| v. | ) ▮ |
| MASON JOHN SHEPPARD, | ) |
| Defendant. | ) |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the previously entered sealing order is modified as follows: the complaint, the arrest warrant, this Order, and all related documents shall be sealed, except for such disclosures of copies of the complaint and arrest warrant by law enforcement as may be necessary during the arrest and extradition process.

IT IS SO ORDERED.

DATED: July 23, 2020

_Sallie Kim_
HON. SALLIE KIM
United States Magistrate Judge

SEALING ORDER　　　　　　　　　　　　　　1　　　　　　　　　　　　　　v. 2/22/2020