```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

ADRIENNE ROSE (NYBN 5061619)
Trial Attorney, Criminal Division

    1301 New York Avenue NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 532-4779
    FAX: (202) 514-6113
    adrienne.rose@usdoj.gov

Attorneys for United States of America
```

FILED

Jul 31 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-mj-70996-MAG |
|---|---|
| Plaintiff, | ) |
| | ) **UNITED STATES' MOTION TO UNSEAL** |
| v. | ) **CRIMINAL COMPLAINT AND AFFIDAVIT** |
| | ) **AND [PROPOSED] ORDER** |
| MASON JOHN SHEPPARD, | ) |
| Defendant. | ) |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint and Affidavit in the above-captioned matter as of 9:00am, July 31, 2020. By that time, the

//

//

MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT AND [PROPOSED]
ORDER                                                        1
20-mj-70996-MAG

government anticipates no further investigative need to keep this matter under seal.

DATED: July 30, 2020                                        Respectfully submitted,

                                                      DAVID L. ANDERSON
                                                      United States Attorney


                                                      _____/s/_____
                                                      ANDREW F. DAWSON
                                                      Assistant United States Attorney

**ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint and Affidavit in the above-captioned matter be unsealed as of 9:00am on July 31, 2020.


DATED: July 20, 2020                                        _____
                                                      HON. SALLIE KIM
                                                      United States Magistrate Judge